```
 1
 2
 3
 4
 5
 6
 7                    UNITED STATES DISTRICT COURT
 8                   CENTRAL DISTRICT OF CALIFORNIA
 9                          WESTERN DIVISION
10
11  RUBY JO ANN GONZALEZ,        )  No. ED CV 08-01616-VBK
                                 )
12              Plaintiff,       )  JUDGMENT
                                 )
13       v.                      )
                                 )
14  MICHAEL J. ASTRUE,           )
    Commissioner of Social       )
15  Security,                    )
                                 )
16              Defendant.       )
                                 )
17
18       **IT IS HEREBY ORDERED** that the Decision of the Commissioner is
19  affirmed.
20       **IT IS ALSO ORDERED** that the matter is dismissed with prejudice.
21
22  DATED:  July 24, 2009                 /s/
                                    VICTOR B. KENTON
23                                  UNITED STATES MAGISTRATE JUDGE
24
25
26
27
28
```